**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 16-cv-20849-GAYLES**

**CARA Z.,**
Plaintiff,
v.

**CIGNA HEALTH AND LIFE INSURANCE COMPANY,**
Defendant.
_______________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice [ECF No. 21]. Being fully advised, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. All parties shall bear their own attorney's fees and costs.

This action is **CLOSED** and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of February, 2017.

______________________________
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE